UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER DMYTRIW, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

                                  CASE NO.: 8:19-cv-01790-WFJ-SPF

Comenity Bank,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** Christopher Dmytriw, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, Christopher Dmytriw, and Defendant, Comenity Bank, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this September 5, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                            Respectfully submitted,

                                            */s/ William "Billy" Peerce Howard, Esq.*
                                            William "Billy" Peerce Howard, Esq.
                                            Florida Bar No.: 0103330
                                            Billy@TheConsumerProtectionFirm.com
                                            The Consumer Protection Firm
                                            4030 Henderson Boulevard
                                            Tampa, FL 33629
                                            Telephone: (813) 500-1500
                                            Facsimile: (813) 435-2369
                                            Attorney for Plaintiff