UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER DMYTRIW, on behalf
of himself and all others similarly situated,

    Plaintiff,

v.                                                  CASE NO. 8:19-cv-1790-T-02SPF

COMENITY BANK,

    Defendant.
_____/

## **O R D E R**

The Court has been advised by **the Notice of Pending Settlement (Dkt. 8)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to **CLOSE** the file.

**DONE AND ORDERED** at Tampa, Florida, on September 5, 2019.

                                             s/*William F. Jung*
                                             **WILLIAM F. JUNG**
                                             **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record